UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-cr-186-LRH-RJJ |
| Plaintiff, ) | |
| vs. ) | ORDER |
| JESUS ESTRADA, ) | |
| Defendant. ) | |

Based upon the pending application of the Government, and good cause appearing,

IT IS ORDERED that the Government shall have to and including April 12, 2008, within which to file a response to defendant's Motion pursuant to 28 U.S.C. Section 2255.

DATED this 13th day of February, 2008.

_____
LARRY R HICKS
UNITED STATES DISTRICT JUDGE