UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:02-cr-186-LRH-RJJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JESUS ESTRADA, | ) | |
| Defendant. | ) | |

Based upon the pending application of the Government, and good cause appearing,

IT IS ORDERED that the Government shall have to and including July 7, 2008, within which to file a response to defendant's Motion Pursuant to 28 U.S.C. §2255.

NO FURTHER EXTENSIONS SHALL BE GRANTED.

DATED this 20th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

4