UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-cr-186-LRH(RJJ) |
| Plaintiff, | |
| vs. | ORDER |
| JESUS ESTRADA, | |
| Defendant. | |

Based upon the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the attorney-client privilege in 2:02-cr-186-LRH(RJJ) shall be deemed waived, and that defense counsel GABRIEL GRASSO, Esquire, shall forthwith provide the Government with affidavits containing all materials and information relating to matters put at issue in the defendant's Section 2255 Petition.

DATED this 22nd day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5